■ SARAH M. HURWITZ, Respondent, v. SAMUEL HURWITZ, Appellant.— Order unanimously reversed and the motion granted. Plaintiff has failed to establish special circumstances which would warrant a departure from the general rule denying examinations before trial in matrimonial actions. The mere fact that one of the causes of action alleged in the complaint is based on nonsupport is insufficient to establish special circumstances under subdivision 6 of rule XI of the New York County Supreme Court Trial Term Rules (*Liebmann* v. *Liebmann*, 3 A D 2d 660). Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ ST. PAUL FIRE & MARINE INSURANCE COMPANY v. ALEXANDER LEVINE, Doing Business as A. A. LEXINGTON MOVING & STORAGE CO.—Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See *ante*, p. 655.]

■ REUBEN ROSENWALD, Doing Business as NOTES SALES CO. v. STANLEY F. GOLDFEIN et al., Copartners Doing Business as GOLDFEIN PROPERTIES CO., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *ante*, p. 206.]

■ In the Matter of HENRY J. KOSTER, Appellant, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See *ante*, p. 654.]

■ UNITED STONE WORKS, INC. v. LASKER-GOLDMAN CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See *ante*, p. 658.]

■ SELF SERVICE SUPER MARKET, INC. v. BENJAMIN HARRIS et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See *ante*, p. 697.]

■ BETTY JANE FROCKS, INC. v. ADLIE REALTY CORP.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ. [See *ante*, p. 704.]

■ SAMUEL W. MACLACHLAN v. NATIONAL EMPLOYEE RELATION INSTITUTE, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante*, p. 697.]